

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

C.D. KOBSONS, INC.,

                        Plaintiff,

-against-

UNITED NATIONAL SPECIALTY
INSURANCE COMPANY,

                        Defendant.

----------------------------------------------------------x

07 CV 11034

Civil Action No.:

Rule 7.1 Statement



      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UNITED NATIONAL SPECIALTY INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

      United National Group, Ltd.
      United America Indemnity, Ltd.

Date:  December 4, 2007

                              Yours, etc.

                              NICOLETTI GONSON SPINNER & OWEN LLP

                              By: _____
                                 Edward S. Benson
                                 Attorney Bar Code: 1908
                              Attorneys for Defendant
                              UNITED NATIONAL SPECIALTY
                              INSURANCE COMPANY
                              555 Fifth Avenue – 8th Floor
                              New York, New York 10017
                              (212) 730-7750

TO:  Brill & Associates, P.C.
       Attorneys for the Plaintiff
       111 John Street, Suite 1070
       New York, NY 10038
       (212) 374-9101
       File No.: 1293-CDK

Civil Action No.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
C.D. KOBSONS, INC.,

                                            Plaintiff,

            -against-

UNITED NATIONAL SPECIALTY INSURANCE COMPANY,

                                            Defendant.
----------------------------------------------------------------X

## RULE 7.1 STATEMENT

**NICOLETTI GONSON SPINNER & OWEN LLP**
Attorneys for Defendant
Homewood Gardens Inc. s/h/a Homewood Gardens, Inc.
555 Fifth Avenue – 8th Floor
New York, New York 10017
(212) 730-7750
Our File:   10111.00404

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: _____     Signature _____

                                  Print Signature's Name _____