## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

Carmela Peterson, being duly sworn, deposes and says

That deponent is not a party to the action, is over 18 years of age and resides in Suffern, New York.

That on the 5th day of December, 2007 deponent served the within Notice of Removal upon:

Brill & Associates, P.C.
Attorneys for the Plaintiff
111 John Street, Suite 1070
New York, NY 10038
(212) 374-9101
File No.: 1293-CDK

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Carmela Peterson

Sworn to before me this
5th day of December, 2007

_____
Notary Public

JAMIE TODD PACKER
NOTARY PUBLIC, STATE OF NEW YORK
REG # 02PA6000791
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 12/22/05