UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

C.P. Kotsons *[handwritten]*    :

        Plaintiff,    :

- against -    :

United Nat'l Specialty Ins. Co. *[handwritten]*    :
        Defendant(s).    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

*[right side:]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

SCHEDULING ORDER

07 Civ. 11034 (SAS)

Conference Date:

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

*12/18/07*

(2)    a concise statement of the issues as they then appear;

*Cancellation of policy*

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

*Jan. 11 Rule 26 disclosures; document production by 1/31/08*
*π, π's broker, city of [illegible] / Feb, March — [illegible]*
*c/c misrepresentation — [illegible] defendant*

    (b) a schedule for the production of documents;

*All documents by 1/31*

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

*maybe engineers?*

    (d) time when discovery is to be completed;

*April 30, 2008*

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_April 10 at 4:30_ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

_Engineers_

(7) anticipated length of trial and whether to court or jury;

_Non-jury 2 days_

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_[signature]_

SHIRA A. SCHEINDLIN
U.S.D.J.        12/18/07