UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| C.D. KOBSONS, INC., | Docket No. 07 CV 11034 (SAS) |
| Plaintiff, | |
| -against- | |
| UNITED NATIONAL SPECIALTY INSURANCE COMPANY, | **RULE 7.1 STATEMENT** |
| Defendant. | |

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, C.D. KOBSONS, INC. (a private non-governmental party) certifies that it does not have any publicly held are corporate parents, affiliates and/or subsidiaries, nor does any publicly held corporation own 10 percent or more of its stock.

Dated: New York, New York
       December 24, 2007

**BRILL & ASSOCIATES, P.C.**

By:    /s/ Haydn J. Brill
       Haydn J. Brill (3040)
       Attorneys for Defendant
       111 John Street, Suite 1070
       New York, New York 10038
       (212) 374-9101
       File No: 1296-NGM

To:

**NICOLETTI GONSON SPINNER & OWEN LLP**
Attorneys for Defendant
555 Fifth Avenue, 8th Floor
New York, New York 10017
(212) 730-7750

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

Jaime Merritt, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Monmouth County, New Jersey.

That on December 24, 2007, deponent served the within **RULE 7.1 STATEMENT** upon the attorneys and parties listed below by electronically filing a true copy of the document with the United States District Court for the Southern District of New York via ECF.

**NICOLETTI GONSON SPINNER & OWEN LLP**
Attorneys for Defendant
555 Fifth Avenue, 8th Floor
New York, New York 10017
(212) 730-7750

/s/ Jaime Merritt
Jaime Merritt

Sworn to before me this
24th day of December, 2007

/s/ Haydn J. Brill
Notary Public

*Docket No. 07 CV 11034 (SAS)*          *Year 2007*
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

C.D. KOBSONS, INC.,

                                                      Plaintiff,

-against-

UNITED NATIONAL SPECIALTY INSURANCE COMPANY,

                                                      Defendant.

**RULE 7.1 STATEMENT**

**BRILL & ASSOCIATES, P.C.**
Attorneys for Plaintiff
111 John Street, Suite 1070
New York, New York 10038
(212) 374-9101

*To:*     ***
*Attorney(s) for*   ***

*Service of a copy of the within* ***          is hereby admitted.
*Dated:* ***

                                         ........................
                                         *Attorney(s) for* ***

*PLEASE TAKE NOTICE*

☐  *that the within is a (certified) true copy of a* ***
    *entered in the office of the clerk of the within named Court on* ***
NOTICE OF
ENTRY

☐  *that an Order of which the within is a true copy will be presented for settlement to*
    *the Hon.* *** *one of the judges of the within named Court, at* ***, *on* ***, *at* *** .
NOTICE OF
SETTLEMENT
*Dated:* ***

**BRILL & ASSOCIATES, P.C.**
Attorneys for Plaintiff
111 John Street, Suite 1070
New York, New York 10038
(212) 374-9101
File No: 1296-NGM