AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |
|---|---|---|

C.D. KOBSONS, INC., v. UNITED NATIONAL SPECIALTY INSURANCE COMPANY

**APPEARANCE**

Case Number: 07-11034 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United National Specialty Insurance Company

I certify that I am admitted to practice in this court.

| 4/15/2008 | *Edward L. Owen* |
|---|---|
| Date | Signature |

| Edward L. Owen, III | EO-7189 |
|---|---|
| Print Name | Bar Number |

555 Fifth Avenue, 8th Floor
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 730-7750 | (212) 730-7850 |
|---|---|
| Phone Number | Fax Number |