UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
C.D. KOBSONS, INC.
                  Plaintiff,

  -against-

UNITED NATIONAL SPECIALTY
INSURANCE COMPANY
                  Defendant.
------------------------------------------------------------x

PROPOSED ORDER
07 CIV. 11034 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

**IT IS HEREBY ORDERED:**

That Plaintiff's time to submit opposition to Defendant's motion for summary judgment is hereby adjourned from June 19, 2008 to July 3, 2008.

Defendant's time to reply is hereby extended from June 30, 2008 to July 16, 2008.

*Absolutely no further adjournments.*

SO ORDERED:

Dated: June 18, 2008
      New York, New York

_____
SHIRA A. SCHEINDLIN
United States District Judge