# Brill & Associates, P.C.

HAYDN J. BRILL[1]
COREY M. REICHARDT[*]
JAIME M. MERRITT[*]
ALANA N. GARDNER[1]

[1] NY & NJ

*Attorneys at Law*
*111 John Street, Suite 1070*
*New York, New York 10038*
*(212) 374-9101*
*Facsimile (212) 374-9108*

New Jersey Office
44 Hawthorne Drive
Princeton Junction, N.J.
08550

ELECTRONICALLY FILED
DOC #
DATE FILED: 7/1/08

RECEIVED
CHAMBERS OF
JUL 07 2008
JUDGE SCHEINDLIN

July 7, 2008

**Via Facsimile**
The Honorable Shira A. Scheindlin
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    C.D. Kobsons, Inc. v. United National Specialty Insurance Company
       Docket No.    07 CV 11034 (SAS)

Dear Judge Scheindlin:

Please be advised that we write as counsel to plaintiff, C.D. Kobsons, Inc. in connection with the above referenced matter.

I am writing this morning on behalf of Mr. Brill, who is the handling attorney on this matter. Unfortunately, his father passed away over the weekend and the funeral is being held this afternoon. Accordingly, he did not have time to prepare a proper response to defendant's motion for summary judgment.

I am aware that you directed our office to file an Affirmation in Opposition by the close of business today, however, due to the above referenced circumstances we respectfully request an additional two days to have opposition papers submitted.

I have spoken with counsel for defendant, United National, and we are still attempting to have this matter resolved without burdening the court.

Our office will be closed as of 11:00 a.m. this morning as the entire office will be attending the funeral. I can be reached on my cell phone at (646) 872-7904.

Thank you for your attention to this matter, should you have any questions please feel free to contact the undersigned.

*Request granted. Opposition papers may be filed by July 10 at noon.*
*So Ordered. [signature]*
*7/7/08*

Very truly yours,

**BRILL & ASSOCIATES, P.C.**

By: Corey M. Reichardt (CR0726)

cc:
Via Facsimile
Nicoletti Gonson Spinner & Owen, LLP
Attn: Edward S. Benson, Esq.
555 Fifth Avenue-8th Floor
New York, New York 10017