UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                        :

C.D. KOBSONS, INC.,

                                                        :           **ORDER OF**

                        **Plaintiff,**                          **DISCONTINUANCE**

                                                        :

              -against-                               07 Civ. 11034 (SAS)

                                                        :

UNITED NATIONAL SPECIALTY
INSURANCE COMPANY,                  :

                      **Defendant.**      :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. In addition, the summary judgment motion filed by defendant is hereby withdrawn in contemplation of the settlement. The Clerk of the Court is directed to close this motion (Document #12) and this case.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         July 8, 2008

## - Appearances -

**For Plaintiff:**

Corey M. Reichardt, Esq.
Brill & Associates, P.C.,
111 Broadway, Suite 810
New York, NY 10006
(212) 374-9101

**For Defendant:**

Edward S. Benson, Esq.
Nicoletti Gonson Spinner & Owen LLP
555 Fifth Avenue, 8th Floor
New York, NY 10017
(212) 730-7750